**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF MICHIGAN (GRAND RAPIDS)**

**IN THE MATTER OF:**

Joanna F. Shankster

Bankruptcy Case No. 26-01321-jtg
Honorable John T. Gregg
Chapter 7

Debtor.

_____/

**TRUSTEE'S EX-PARTE APPLICATION TO EMPLOY BEADLE SMITH, PLC**
**AS COUNSEL FOR THE ESTATE**

Your Applicant, Kelly M. Hagan, Trustee, respectfully represents unto the Court as follows:

1.  Kelly M. Hagan is the duly appointed, qualified and acting Trustee in the above matter.

2.  Applicant requires the assistance of legal counsel to aid Applicant in the administration of this estate and requests authority to employ Kevin M. Smith and the firm of Beadle Smith, PLC to represent Applicant pursuant to 11 U.S.C. §327 and for compensation pursuant to 11 U.S.C. §328.

3.  The law firm of Beadle Smith, PLC, P.O. Box 70656, Rochester Hills MI 48307 (PH 586-850-1492) is a firm duly qualified to practice law in the Courts of the State of Michigan and this Honorable Court and has particular expertise in relation to representing bankruptcy trustees in various matters of bankruptcy estate administration.  Attorney Kevin M. Smith is duly licensed to practice in this Court and other courts in the State of Michigan.

4.   Beadle Smith, PLC agrees to accept said employment on the terms and conditions contained herein with compensation as follows:  Contingent fee of one-third (1/3) of all sums collected for the benefit of the estate in relation to 11 U.S.C. §542, 11 U.S.C. §544; 11 U.S.C. §547; 11 U.S.C. §548; and 11 U.S.C. §549 causes of action and at an hourly rate for all other matters as follows:

| | |
|---|---|
| Thomas Beadle | $350.00 |
| Kevin M. Smith | $350.00 |

These hourly rates may change from time to time in the ordinary course of business of the law firm.

The law firm's compensation; however, shall not exceed 40% of the value of property of the estate

to be distributed by the Trustee to unsecured creditors.  Any direct out-of-pocket costs will be charged to the estate.  The firm will not be paid any fees or costs without prior Court approval, as required by 11 U.S.C. §330.

5.     Neither Beadle Smith, PLC nor any of its partners or associates has any connection with the Debtor, creditors, any other party in interest, their respective attorneys and accountants, the United States Trustee, or any person employed in the office of the United States Trustee. Beadle Smith, PLC has previously and currently does represent Kelly M. Hagan as a Chapter 7 and 11 Trustee in several other proceedings.  Further, the law firm does not hold or represent any interest adverse to the Debtor or the estate with respect to the matters it will pursue on behalf of the estate.  Beadle Smith, PLC. is eligible to serve as counsel for the estate and the Trustee pursuant to the provisions of 11 U.S.C. §327(a).  Said law firm is a disinterested person within the meaning of 11 U.S.C. §101(14).

6.     The law firm is aware that no matter on behalf of the estate may be settled or compromised without prior Court approval.

7.     The law firm is aware of the provisions of 11 U.S.C. §328(a) and understands that, notwithstanding the terms and conditions of employment herein set forth, the Court may allow compensation different from the compensation provided under such terms and conditions after the conclusion of the law firm's employment if such terms and conditions prove to have been improvident in light of developments not capable of being anticipated at the time of the fixing of such terms and conditions.

**WHEREFORE,** the Trustee prays that his employment of the law firm of Beadle Smith, PLC as counsel for the estate to represent it as provided above be approved.

/s/ Kelly M. Hagan
Kelly M. Hagan, Chapter 7 Trustee
Hagan Law Offices, PLC
P.O. Box 384
Acme, MI 49610
(231) 938-7095, Ext. 2
kelly@haganlawoffices.com

Dated: June 4, 2026

**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF MICHIGAN (GRAND RAPIDS)**

IN THE MATTER OF:

Joanna F. Shankster

Debtor.

Bankruptcy Case No. 26-01321-jtg
Honorable John T. Gregg
Chapter 7

_____/

### AFFIDAVIT OF DISINTERESTEDNESS OF BEADLE SMITH, PLC

Kevin M. Smith, being fully and duly sworn, says that he is an Attorney with the law firm of Beadle Smith, PLC and that he is authorized to make this Affidavit.

1.      Beadle Smith, PLC is a law firm competent to represent the bankruptcy estate in relation to the matters described in the Trustee's application for its employment.

2.      Neither Beadle Smith, PLC nor any member of the firm Beadle Smith, PLC has ever been employed by or had any connection with the Debtor, creditors of the Debtor or any other party in interest, their respective attorney, accountants or the United States Trustee; that neither Beadle Smith, PLC nor any member of the firm Beadle Smith, PLC, has an interest adverse to the Debtor, the creditors or the estate; however, Beadle Smith, PLC has previously and currently represents Kelly M. Hagan as a Chapter 7 and 11 Trustee in several other bankruptcy proceedings; that Beadle Smith, PLC and every member of the firm Beadle Smith, PLC, are disinterested persons as defined by 11 U.S.C. §101(14); and that there is no known reason why the law firm should not act as counsel for the Trustee.

3.      Beadle Smith, PLC has read the Trustee's application and agrees to accept said employment on the terms and conditions contained therein with compensation as follows: Contingent fee of one-third (1/3) of all sums collected for the benefit of the estate in relation to 11 U.S.C. §542, 11 U.S.C. 544; 11 U.S.C. 547; 11 U.S.C. 548; and 11 U.S.C. 549 causes of action and at an hourly rate for all other matters as follows:

| | |
|---|---|
| Thomas Beadle | $350.00 |
| Kevin M. Smith | $350.00 |

These hourly rates may change from time to time in the ordinary course of business of the law firm. The law firm's compensation; however, shall not exceed 40% of the value of property of the estate to be distributed by the Trustee to unsecured creditors.  Any direct out-of-pocket costs will be charged to the estate.  The firm will not be paid any fees or costs without prior Court approval, as required by 11 U.S.C. 330.

4.      Notwithstanding such terms and conditions, it is understood that the Court may allow compensation different from the compensation provided under such terms and conditions after the conclusion of the law firm's employment if such terms and conditions prove to have been improvident in light of developments not capable of being anticipated at the time of the fixing of

such terms and conditions.  The firm will not be paid any fees or costs without prior Court approval, as required by 11 U.S.C. §330.

/s/ Kevin M. Smith
BY:  Kevin  M.  Smith  (P48976)
Beadle Smith, PLC, for the Firm
PO Box 70656
Rochester Hills, MI 48307
(586) 850-1492

Dated: June 4, 2026                                          Ksmith@bbssplc.com

**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF MICHIGAN (GRAND RAPIDS)**

**IN THE MATTER OF:**

Joanna F. Shankster

Debtor.

_____/

Bankruptcy Case No. 26-01321-jtg
Honorable John T. Gregg
Chapter 7

**ORDER APPROVING TRUSTEE'S EMPLOYMENT OF**
**BEADLE SMITH, PLC AS COUNSEL FOR THE ESTATE**

PRESENT: **HONORABLE JUDGE GREGG**
United States Bankruptcy Judge

Upon reading the Application of the Trustee for authority to employ Beadle Smith, PLC as counsel for the estate and it appearing that the employment by the estate of the law firm of Beadle Smith, PLC is in the best interests of the bankruptcy estate, and upon reviewing the Affidavit of Disinterestedness and the Court being full advised,

**IT IS HEREBY ORDERED** that Trustee's employment of Beadle Smith, PLC pursuant to 11 U.S.C. §327 on the terms and conditions contained in the Trustee's Application is approved retroactive to the filing of the Application.

**IT IS FURTHER ORDERED** that Beadle Smith, PLC's employment is partially on a contingency fee basis and partially on an hourly basis as set forth in the Application pursuant to 11 U.S.C. §328. All fees and costs awarded to Beadle Smith, PLC are subject to the approval of the Court.

**IT IS FURTHER ORDERED** that the Court may allow compensation different from the compensation provided in the Trustee's Application if such terms and conditions prove to have been

improvident in light of developments not capable of being anticipated at the time of the fixing of

said terms and conditions and that any fees and costs will not be paid without prior Court approval.

**END OF ORDER**

Prepared by:
Kevin M. Smith (P48976)
Beadle Smith, PLC
PO Box 70656
Rochester Hills, MI 48307
(586) 850-1492