**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF MICHIGAN (GRAND RAPIDS)**

**IN THE MATTER OF:**

Joanna F. Shankster

Debtor.

Bankruptcy Case No. 26-01321-jtg
Honorable John T. Gregg
Chapter 7

_____/

**CONSENT ORDER AVOIDING THE TRANSFER OF A**
**SECURITY INTEREST TO IFCU**
**PURSUANT TO 11 U.S.C. § 547(b) & §544(a)**

PRESENT: **HONORABLE JUDGE GREGG**
United States Bankruptcy Judge

Kelly M Hagan, Trustee ("Trustee"), by and through her attorneys, Beadle Smith, PLC, and Innovations Financial Federal Credit Union, ("IFCU"), by and through its attorneys or authorized agent, hereby consent to the entry of this Judgment and stipulate as follows:

1.     On April 23, 2026, Joanna F. Shankster ("Debtor") filed a joint Voluntary Petition under Chapter 7 of the Bankruptcy Reform Act of 1978 as Amended, Title 11 ("Petition Date").

2.     On the Petition Date, Debtor held an interest in a  2021 Chevrolet Silverado, VIN 3GCPYJEKXMG419899 ("Vehicle").

3.     Prior to the Petition Date, IFCU was granted a security interest in the Vehicle by the Debtor to secure an obligation owed to IFCU in the approximate amount of $34,629.00 ("Security Interest").

4.     IFCU failed to cause its name to be listed on the Certificate of Title for the Vehicle with the Michigan Secretary of State prior to the Petition Date.

5.     The Security Interest may be avoided by the Trustee pursuant to 11 U.S.C. §544(a) and §547(b).

This Order not being forbidden by law; and the Court otherwise being fully advised in the premises;

**NOW THEREFORE,**

**IT IS HEREBY ORDERED** that the Security Interest granted to IFCU in the Debtor's  2021 Chevrolet Silverado, VIN 3GCPYJEKXMG419899 ("Vehicle") is hereby avoided by the Trustee pursuant to 11 U.S.C. §§544(a) and 547(b).

**IT IS HEREBY ORDERED** that pursuant to 11 U.S.C. §551, the Security Interest is preserved for the benefit of the bankruptcy estate and the Trustee of the bankruptcy estate holds all of the rights and powers granted by said Security Interest.

**END OF ORDER**

Prepared by:
Kevin M. Smith (P48976)
Beadle Smith, PLC
P.O. Box 70656
Rochester Hills, MI 48307
(586) 850-1492
ksmith@bbssplc.com

Signed: June 18, 2026





John T. Gregg
United States Bankruptcy Judge