**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF MICHIGAN (GRAND RAPIDS)**

**IN THE MATTER OF:**

Joanna F. Shankster

Bankruptcy Case No. 26-01321-jtg
Honorable John T. Gregg
Chapter 7

                    Debtor.
_____/

**CERTIFICATE STATING THAT NO TIMELY RESPONSE OR REQUEST FOR HEARING HAS BEEN FILED FOR TRUSTEE'S MOTION FOR APPROVAL OF SALE/SETTLEMENT AGREEMENT WITH DEBTOR**

Kelly M. Hagan, Trustee, by and through her counsel, Beadle Smith, PLC, and states as follows:

1. Trustee prepared and filed Trustee's Motion for Approval of Sale/Settlement Agreement with Debtor, on file with this Court on the 2nd day of July, 2026 (DN 25).

2. As of this date, no timely response or request for hearing has been filed with the Court.

3. More than 28 days have expired since the filing of the Motion.

**WHEREFORE,** Trustee prays that this Honorable Court enter an Order granting the Motion.

Respectfully submitted,

BEADLE SMITH, PLC

 /S/ Kevin M. Smith
By: Kevin M. Smith (P48976)
Attorneys for Trustee
PO Box 70656
Rochester Hills, MI 48307
(586) 850-1492
ksmith@bbssplc.com

Date: July 31, 2026