**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF MICHIGAN (GRAND RAPIDS)**

**IN THE MATTER OF:**

Joanna F. Shankster                                          Bankruptcy Case No. 26-01321-jtg
                                                             Honorable John T. Gregg
                                                             Chapter 7

                        Debtor.
_____ /

### ORDER GRANTING TRUSTEE'S MOTION FOR APPROVAL OF SALE/SETTLEMENT AGREEMENT WITH DEBTOR

<u>PRESENT</u>: **HONORABLE JUDGE GREGG**
United States Bankruptcy Judge

This matter having come before this Honorable Court based upon the Trustee's Motion for Approval of Sale/Settlement Agreement with Debtor filed on July 2, 2026 (DN25)("Motion");  no objections having been filed to the Trustee's Motion; or any filed objection having been resolved; notice having been provided properly pursuant to Rule 2002 and 9019 of the Federal Rules of Bankruptcy Procedures; the Court being fully advised in the premises; and the court finding and concluding that the Motion satisfies the standard set forth in *In re TAJ Graphics Enterprises, L.L.C.* 162 F.4th 791 (6th Cir. 2025)

**NOW, THEREFORE,**

**IT IS HEREBY ORDERED** that the Trustee's Motion is granted in its entirety pursuant to  Bankruptcy Rule 9019 and 11 U.S.C. §363(b).

**IT IS HEREBY ORDERED** that the  Debtor shall pay to Kelly M. Hagan, Trustee of the bankruptcy estate of Joanna F. Shankster the sum of $15,000.00 ("Settlement Amount") within 14 days of the entry of this Order.

**IT IS FURTHER ORDERED** that Debtor is not entitled to claim any exemption in the Settlement Amount pursuant to 11 U.S.C. §522 and waives any claim of exemption in the Settlement Amount.

**IT IS FURTHER ORDERED** that upon the full payment of the Settlement Amount, Debtor's interest in a 2021 Chevrolet Silverado, VIN 3GCPYJEKXMG419899 is abandoned by the bankruptcy estate pursuant to 11 U.S.C. 554.

**IT IS HEREBY ORDERED** that the Court retains jurisdiction to enforce the terms of the Sale/Settlement Agreement.

**END OF ORDER**

Prepared by:
Kevin M. Smith (P48976)
Beadle Smith, PLC
P.O. Box 70656
Rochester Hills, MI 48307
(586) 850-1492

**Signed: August 4, 2026**





John T. Gregg
United States Bankruptcy Judge